IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUDY HAGEN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:13-cv-339 |
| | § | |
| AETNA INSURANCE COMPANY, | § | |
| HEWLETT PACKARD COMPANY, | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 31) be **GRANTED** and Plaintiff's Motion for Summary Judgment (Dkt. 32) be **DENIED**.

The court has made a *de novo* review of the objections raised by the Plaintiff (Dkt. 47) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge.

The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendants' Motion for Summary Judgment (Dkt. 31) is **GRANTED** and Plaintiff's Motion for Summary Judgment (Dkt. 32) is **DENIED**.

IT IS SO ORDERED.

**SIGNED this the 29th day of March, 2015.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1